# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147752(70)

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Plaintiff-Appellee,

v

MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY, INC.,
       Defendant-Appellant.

SC: 147752
COA: 306844
Shiawassee CC: 07-005893-CK

_____/

       On order of the Chief Justice, the motion of the Counties of Oakland, Macomb, and Wayne to participate as amicus curiae and to file an amicus curiae brief is GRANTED. The amicus brief submitted on January 24, 2014, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk